**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CURTIS REED,**

    **Plaintiff,**

**vs.**                                                     **Case No. 4:10cv497-SPM/WCS**

**MATTHEW ROWAN, et al.,**

    **Defendants.**

_____/

## O R D E R

This civil rights action, filed under 42 U.S.C. § 1983 was initiated on November 9, 2010, Docs. 1-2. The amended complaint was filed on November 18, 2010, doc. 5, and Defendant Rowan filed an answer, doc. 6, on February 3, 2011. Defendant Gadsden County Sheriff's Office filed a motion to dismiss the amended complaint on February 3, 2011, doc. 7. Another motion to dismiss was filed by Defendant Morris Young, doc. 8, on the same day, along with a motion to dismiss filed separately by Defendants Douglas Croley, Gadsden County, Gadsden County Board of Commissioners, Eugene Lamb, Jr., and Gene Morgan, doc. 9.

Plaintiff, who is represented by counsel, has filed a response, doc. 12, to the first motion (doc. 7) filed by the Gadsden County Sheriff's Office, and a separate response, doc. 13, to the second motion (doc. 8), filed by Defendant Morris Young.  Another response was filed by Plaintiff, doc. 14, to the first motion to dismiss, (doc. 7), and that response is deemed to amend the first response, doc. 12, which in reality, was not a response at all.  This order is entered to also advise Plaintiff that if Plaintiff had intended to file three responses to the three separate motions to dismiss, that was not accomplished.  No response has been received to the motion to dismiss filed by Defendants Douglas Croley, Gadsden County, Gadsden County Board of Commissioners, Eugene Lamb, Jr., and Gene Morgan, doc. 9.  Plaintiff shall have until **May 31, 2011**, to file a response to that motion.

The motions to dismiss, docs. 7 and 8, to which responses have been filed shall be addressed in due course.  Accordingly, it is

**ORDERED:**

1.  Plaintiff shall have until **May 31, 2011**, to file a response to the motion to dismiss, doc. 9, filed by Defendants Douglas Croley, Gadsden County, Gadsden County Board of Commissioners, Eugene Lamb, Jr., and Gene Morgan.

2.  The Clerk of Court shall refer this file to me upon Plaintiff's filing of the response to the motion to dismiss or no later than May 31, 2011.

**DONE AND ORDERED** this 16th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge